# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

MICHAEL PATRICK SATHER                                                    PLAINTIFF
#A751674

V.                      No. 3:18CV00139-JM-JTR

INMATE SERVICES CORP., and
DOES 1-2, Transport Officers                                              DEFENDANTS

## ORDER

For good cause shown, Defendant Inmate Services Corporation's Motion for Extension of Time (*Doc. 17)* is GRANTED. Its deadline for filing a responsive pleading is extended to May 17, 2019.

IT IS SO ORDERED this 26th day of April, 2019.

_____
UNITED STATES MAGISTRATE JUDGE