# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

**MICHAEL PATRICK SATHER,**

        **Plaintiff,**        **CIVIL ACTION NO: 3:18-cv-00139-JM-JTR**

**v.**

**INMATE SERVICES CORPORATION and**
**DOES 1-2, Transport Officer,**

        **Defendants.**

---

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

---

Come now the parties and announce to the Court that the matters and things in controversy between these parties have been compromised and settled and that this cause should be dismissed with prejudice.

IT IS, THEREFORE ORDERED, ADJUDGED AND DECREED that the above captioned cause be, and the same hereby is, dismissed with prejudice, with any remaining costs assessed against the Defendant, Inmate Services Corporation.

SO ORDERED, this 10th day of June, 2019.

_____
JUDGE JAMES M. MOODY JR.